UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-22600-CIV-ALTONAGA/O'Sullivan

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

CITY OF MIAMI and
MICHAEL BOUDREAUX,

    Defendants.
_____/

# JURY VERDICT

## Count I
### Section 17(a)(1) as to City of Miami

**Do you find from a preponderance of the evidence:**

1. That the City of Miami used a device, scheme, or artifice to defraud in connection with the offer to sell or sale of any securities?

    Yes __X__      No _____

2. That the City of Miami acted "knowingly" or with "severe recklessness?"

    Yes __X__      No _____

### Section 17(a)(1) as to Michael Boudreaux

**Do you find from a preponderance of the evidence:**

1. That Michael Boudreaux used a device, scheme, or artifice to defraud in connection with the offer to sell or sale of any securities?

    Yes _____      No __X__

2. That Michael Boudreaux acted "knowingly" or with "severe recklessness?"

Yes __X__        No_____

### Count II
### Section 17(a)(2) as to City of Miami

**Do you find from a preponderance of the evidence:**

1. That the City of Miami directly or indirectly made one or more misrepresentations of fact or omissions of fact necessary to make other statements that were made not misleading in connection with the offer to sell or sale of a security?

Yes __X__        No_____

2. That the misrepresentation or omission was material?

Yes __X__        No_____

3. That the City of Miami was negligent in making the representations or omission?

Yes __X__        No_____

### Section 17(a)(2) as to Michael Boudreaux

**Do you find from a preponderance of the evidence:**

1. That Michael Boudreaux directly or indirectly made one or more misrepresentations of fact or omissions of fact necessary to make other statements that were made not misleading in connection with the offer to sell or sale of a security?

Yes __X__        No_____

2. That the misrepresentation or omission was material?

Yes __X__        No_____

3. That Michael Boudreaux was negligent in making the representations or omission?

Yes __X__        No_____

### Section 17(a)(3) as to City of Miami

**Do you find from a preponderance of the evidence:**

1. That the City of Miami negligently engaged in a transaction, practice, or course of business, in connection with the offer to sell or sale of a security, that operated or would operate as a fraud or deceit upon a purchaser?

Yes __X__        No_____

### Section 17(a)(3) as to Michael Boudreaux

**Do you find from a preponderance of the evidence:**

1. That Michael Boudreaux negligently engaged in a transaction, practice, or course of business, in connection with the offer to sell or sale of a security, that operated or would operate as a fraud or deceit upon a purchaser?

Yes __X__        No_____

### Count III
### Section 10(b) of the Exchange Act and Exchange Act Rules 10b-5(a)-(c)
### 10b-5(a) as to City of Miami

**Do you find from a preponderance of the evidence:**

1. That the City of Miami used a "device, scheme, or artifice to defraud" in connection with the purchase or sale of any securities?

Yes __X__        No_____

2. That the City of Miami acted "knowingly or with severe recklessness?"

Yes __X__        No_____

CASE NO. 13-22600-CIV-ALTONAGA

### 10b-5(a) as to Michael Boudreaux

**Do you find from a preponderance of the evidence:**

1. That Michael Boudreaux used a "device, scheme, or artifice to defraud" in connection with the purchase or sale of any securities?

    Yes __X__    No _____

2. That Michael Boudreaux acted "knowingly or with severe recklessness?"

    Yes __X__    No _____

### 10b-5(b) as to City of Miami

**Do you find from a preponderance of the evidence:**

1. That the City of Miami made a false representation of a material fact (or omitted a material fact) in connection with the purchase or sale of a security?

    Yes __X__    No _____

2. That the City of Miami acted "knowingly" or with "severe recklessness?"

    Yes __X__    No _____

### 10b-5(b) as to Michael Boudreaux

**Do you find from a preponderance of the evidence:**

1. That Michael Boudreaux made a false representation of a material fact (or omitted a material fact) in connection with the purchase or sale of a security?

    Yes __X__    No _____

2. That Michael Boudreaux acted "knowingly" or with "severe recklessness?"

    Yes __X__    No _____

### 10b-5(c) as to City of Miami

**Do you find from a preponderance of the evidence:**

    1. That the City of Miami engaged in an act, practice, or course of dealing in connection with the purchase or sale of any securities that operated, or would operate, as a fraud or deceit on any person?

    Yes __X__      No _____

    2. That the City of Miami acted "knowingly or with severe recklessness?"

    Yes __X__      No _____

### 10b-5(c) as to Michael Boudreaux

**Do you find from a preponderance of the evidence:**

    1. That Michael Boudreaux engaged in an act, practice, or course of dealing in connection with the purchase or sale of any securities that operated, or would operate, as a fraud or deceit on any person?

    Yes __X__      No _____

    2. That Michael Boudreaux acted "knowingly or with severe recklessness?"

    Yes __X__      No _____

### Count IV
### Aiding and Abetting Violations Under Section 10(b) and Rule 10b-5 of the Exchange Act

**Do you find from a preponderance of the evidence:**

    1. That Michael Boudreaux was aware that he was part of an overall activity by the City of Miami that was improper?

    Yes __X__      No _____

2. That Michael Boudreaux knowingly and substantially assisted the City's violations of Section 10(b) and Rule 10b-5 of the Exchange Act?

   Yes __X__   No _____

### Reliance On Auditors -- City of Miami

**Do you find from a preponderance of the evidence:**

1. That the City of Miami completely disclosed the facts about the conduct at issue to McGladrey & Pullen?

   Yes _____   No __X__

2. That the City sought advice from McGladrey & Pullen as to whether the specific course of conduct was appropriate?

   Yes _____   No __X__

3. That the City received advice from McGladrey & Pullen that the specific course of conduct was appropriate?

   Yes _____   No __X__

4. That the City relied on and followed the advice in good faith?

   Yes _____   No __X__

### Reliance on Auditors – Michael Boudreaux

**Do you find from a preponderance of the evidence:**

1. That Michael Boudreaux completely disclosed the facts about the conduct at issue to McGladrey & Pullen?

   Yes _____   No __X__

2. That Michael Boudreaux sought advice from McGladrey & Pullen as to whether the specific course of conduct was appropriate?

   Yes _____   No __X_____

3. That Michael Boudreaux received advice from McGladrey & Pullen that the specific course of conduct was appropriate?

   Yes _____   No __X_____

4. That Michael Boudreaux relied on and followed the advice in good faith?

   Yes _____   No __X_____

SO SAY WE ALL

Foreperson's signature: _____

Date: 09/14/2016