UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-22600-CIV-ALTONAGA/O'Sullivan

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,
v.

CITY OF MIAMI, *et al.*,

    Defendants.
_____/

## ORDER ADMINISTRATIVELY CLOSING CASE

THIS CAUSE came before the Court on the Notice of Tentative Settlement and Joint Motion for Time to File Resulting Proposed Judgment ("Motion") [ECF No. 250].  The relief the parties seek and the status of the case are evident from the title of the Motion.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation for dismissal or submit a proposed agreed judgment by **October 28, 2016**.

2. If the parties fail to complete the expected settlement, either party may request the Court reopen the case.

3. The Clerk shall **CLOSE** this case for administrative purposes only.  Any pending motions are **DENIED AS MOOT**.

CASE NO. 13-22600-CIV-ALTONAGA

**DONE AND ORDERED** in Miami, Florida this 22nd day of September, 2016.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record